Submitted November 25, affirmed December 24, 2014, petition for review denied April 9, 2015 (357 Or 143)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## RODERICK D. FRIMPONG,
*Defendant-Appellant.*

Multnomah County Circuit Court
110531960; A153398

341 P3d 851

Peter Gartlan, Chief Defender, and Andrew D. Robinson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Flynn, Judge, and De Muniz, Senior Judge.

PER CURIAM

Affirmed. *State v. Barnes*, 329 Or 327, 986 P2d 1160 (1999).